Argued and submitted February 11, reversed and remanded for reconsideration
March 18, 1987

In the Matter of the Tax Deficiency
Assessments of Turley Trucking, Inc.
and Dwayne D. Turley, dba Turley Wholesale.
EMPLOYMENT DIVISION et al,
*Petitioners,*

*v.*

TURLEY TRUCKING, INC. et al,
*Respondents.*

(86-T-010; CA A40208)

734 P2d 12

Linda DeVries Grimms, Assistant Attorney General, Salem, argued the cause for petitioners. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Michael J. Bird, Grants Pass, argued the cause for respondents. With him on the brief was Brown, Hughes, Bird & Lane, Grants Pass.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Employment Division appeals its referee's order that services performed by 21 truck owner-operators who leased their trucks to Turley do not constitute taxable "employment" under ORS 657.040. The facts in *Combined Transport, Inc. v. Employment Division,* 81 Or App 31, 724 P2d 832, *mod* 82 Or App 127, 727 P2d 979, *rev den* 302 Or 460 (1986), are virtually indistinguishable from those found by the referee. We remand for reconsideration in the light of that case.

Reversed and remanded for reconsideration.